# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2021

162958 (20)(21)(22)(24)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STACY L. ERWIN OAKES,
      Plaintiff,

v                                           SC: 162958

SAGINAW COUNTY CIRCUIT COURT and
SAGINAW COUNTY CLERK,
      Defendants.

_____/

On order of the Court, the motions for immediate consideration and to supplement are GRANTED. The motion for reconsideration of this Court's July 29, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motions to waive fees and to expand the record are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2021

Clerk

a0830